**Sharon THOMAS, Plaintiff-Appellant,**

v.

**Davis M. PARKER, The University of North Carolina at Chapel Hill, Registered Agent; Zaconjia C. Titus, Social Worker; Bonnie B. Hammersley,**

Orange County Government, Registered Agent, Department of Social Services; Denise Shaffer, Orange County Department of Social Services, Assistant Director; Duston Lowell, Orange County Government, Program Manager; Mary Powell, Vanguard Professional Staffing, Registered Agent; Susan Boyette, Defendants-Appellees.

No. 16-1993

United States Court of Appeals, Fourth Circuit.

Submitted: January 17, 2017

Decided: January 19, 2017

Sharon Thomas, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Thomas appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. Thomas v. Parker, No. 3:16–cv–00482–GCM (W.D.N.C. July 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED